**Original filed 5/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIET MIKE NGO, | ) | No. C 05-4881 JF (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S REQUEST TO DISMISS; ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | ) ) ) | |
| A.P. KANE, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No.4) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms' failure to grant him parole. On March 9, 2006, the Court ordered Respondent to show cause why the petition should not be granted. On April 12, 2006, Petitioner filed an ex parte request to dismiss the instant petition without prejudice to re-filing once the state court proceedings are exhausted. Petitioner's request (docket no. 4) is GRANTED. The instant petition is dismissed without prejudice. Petitioner may file a new action once he has exhausted all state court proceedings.

IT IS SO ORDERED.

DATED: 54/27/06

_____
JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Ex Parte Request to Dismiss; Order of Dismissal Without Prejudice
P:\pro-se\sj.jf\hc.05\Ngo881dis

1 | This is to certify that a copy of this ruling was mailed to the following:

Viet Mike Ngo
E-21895
CTF - Soledad
P.O. Box 689
Soledad, CA  93960-0689

CA State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

Order Granting Petitioner's Ex Parte Request to Dismiss; Order of Dismissal Without Prejudice
P:\pro-se\sj.jf\hc.05\Ngo881dis